UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BRIAN MEAD**,

           Plaintiff,

   v.

**CAROLYN W. COLVIN,** Acting Commissioner of Social Security,

           Defendant.

Case No. 3:14-CV-01953-KI

JUDGMENT

    Robyn M. Rebers
    Robyn M. Rebers, LLC
    P.O. Box 3530
    Wilsonville, OR 97070

        Attorney for Plaintiff

    Billy J. Williams
    Acting United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97201-2902

Gerald J. Hill
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant


KING, Judge:

The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this   15th   day of October, 2015.


    /s/ Garr M. King
    Garr M. King
    United States District Judge