UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

BRIAN MEAD,                                          CV No.: 3:14-cv-01953-KI

                    Plaintiff.

                                                    ORDER FOR EAJA FEES

        v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                    Defendant.

        Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $6411.50 shall be awarded to

Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

        If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under

the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made

payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to

Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn

Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

        IT IS SO ORDERED.
                           December
DATED this —day of 23 rd , 20 15 .

                                            Garr M. King
                                            United States District Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff